

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00315-CV

| | | |
|---|---|---|
| In the Matter of the Guardianship of Edwin Wooley, an Alleged Incapacitated Person | § | From Probate Court No. 2 |
| | § | of Tarrant County |
| | § | (2014-GD00251-2) |
| | § | June 2, 2016 |
| | § | Opinion by Justice Dauphinot |
| | § | Concurrence by Justice Gabriel |
| | § | Dissent by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot